UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

CANDACE SERGI             )
                          )
v.                        )     CIVIL NO.  1:12-CV-279-NT
                          )
PINNACLE  ASSET  GROUP,  )
LLC & DOES 1-10

ORDER OF DISMISSAL

This action having been reported settled by counsel on December 5, 2012, and

counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with

prejudice and without costs, subject to the right of any party to move to reinstate the action

within one year if the settlement is not consummated.

FOR THE COURT.

CHRISTA K. BERRY
CLERK

BY:  /s/  Michelle  Thibodeau
Deputy Clerk

Dated this 7th day of January, 2013.